**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Mitchell Yang,                                       Case No. 25-CV-00542 (JMB/DTS)

      Plaintiff,

v.                                                              **ORDER**

Minnesota Department of Corrections—
Stillwater, *Medical Department*; Minnesota
Department of Corrections—Commissioner
of Corrections; St. Paul Regions Hospital,

      Defendants.

---

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate David T. Schultz dated March 24, 2025. (Doc. No. 6.) The R&R recommends that the Court dismiss this action under 28 U.S.C. § 1915(e)(2) and Federal Rule of Civil Procedure 12(h)(3) because the Court either lacks subject-matter jurisdiction over the claims raised in Plaintiff Mitchell Yang's Complaint or because Yang fails to state a viable claim for relief. (*See id.*) Yang has not objected to the R&R, and the time to do so has now passed. *See* D. Minn. L.R. 72.2(b)(1).

In the absence of timely objections, the Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

    1.    The R&R (Doc. No. 6) is ADOPTED.

2.        The Court DISMISSES this action under 28 U.S.C. § 1915(e)(2) and Federal Rule of Civil Procedure 12(h)(3) WITHOUT PREJUDICE.

3.        Plaintiff Mitchell Yang's Application to Proceed In Forma Pauperis (Doc. No. 2) is DENIED as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 29, 2025                      /s/ *Jeffrey M. Bryan*
                                             Judge Jeffrey M. Bryan
                                             United States District Court